IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 1:04-CR-88-1 |
| | § | |
| THOMAS ERIC GILLESPIE | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The court referred defendant's "Motion to Suppress Evidence and Statements" to United States magistrate judge Earl S. Hines for review, hearing, and submission of a report with recommended findings of fact and conclusions of law. See Docket No. 67. The magistrate judge submitted a report recommending that the court deny the motion to suppress as moot.

The court concludes that the magistrate judge correctly determined that the motion to suppress was no longer a contested issue because defendant now plans to enter a guilty plea. As a result, the motion to suppress is moot. It is therefore

**ORDERED** that the report and recommendation of the magistrate judge is **ADOPTED**. It is further

**ORDERED** that defendant's motion to suppress evidence is **DENIED** as **MOOT**.

SIGNED this 17 day of May 2005.

Thad Heartfield
United States District Judge